# United States District Court

_____ DISTRICT OF _____

ROBERT E. GASBARRO

V.

CHISWICK, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-10366MLW**

TO: (Name and address of defendant)

CHISWICK, INC.
33 UNION AVE
SUDBURY, MA 01776

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 FAX

CT CORPORATION SYSTEM
101 Federal St
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE  2-24-05

8/009

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me ¹ | June 24, 2005  2:05 P.M. |
| NAME OF SERVER (PRINT)<br>Francis Davis | TITLE<br>Constable, City of Boston |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: In hand to Yvette Concepcion, agent authorized to accept service at CT Corp., Registered Agent for Chiswick, Inc. at 101 Federal St., Boston, MA

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $95.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 24, 2005
            Date

Signature of Server

1895 Centre St. #202, Boston, MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.