UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT E. GASBARRO,              )<br>                                                          )<br>        Plaintiff,                           )<br>                                                          )   C.A. No. 05-10366MLW<br>v.                                                     )<br>                                                          )<br>CHISWICK, INC.                            )<br>                                                          )<br>        Defendant.                         )<br>                                                          ) | |

## ASSENTED TO MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendant Chiswick, Inc. ("Chiswick") hereby moves this Court to extend its time for responding to the complaint in this matter from July 14, 2005 until July 21, 2005. In support of this motion, Chiswick states as follows:

1. Plaintiff Robert Gasbarro ("Plaintiff") brings this action against Chiswick, his former employer. He purports to assert claims for age and handicap discrimination under M.G.L. ch. 151B, Age Discrimination In Employment Act, the Americans With Disabilities Act. Plaintiff served his complaint on Chiswick on June 24, 2005. Therefore, a response to the complaint is currently due by July 14, 2005.

2. Defendant Chiswick requires a five day extension in order to complete its investigation of the allegations and fully prepare a response.

3. Plaintiff's counsel assents to this extension.

WHEREFORE, Defendant respectfully requests this Court allow this motion for a seven day extension of time in which to respond to the Complaint, to July 21, 2005.

                Respectfully submitted,

                Chiswick, Inc.
                By its Attorneys,

                __/s/ Brigitte Duffy_____
                Richard L. Alfred (BBO# 015000)
                Brigitte M. Duffy (BBO# 565724)
                Seyfarth Shaw LLP
                Two Seaport Lane
                Suite 300
                Boston, MA 02210
                Phone: 617-946-4800
                Fax:   617-946-4801

Dated: July 13, 2005

### Certificate of Service

I, Brigitte M. Duffy, hereby certify that on July 13, 2004, I served a true copy of the foregoing document by fax and first class mail on Stephen Flannery.

                ____/s/ Brigitte Duffy_____