UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT E. GASBARRO, | ) | |
| Plaintiff, | ) ) ) | |
|  | ) | C.A. No. 05-10366MLW |
| v. | ) ) | |
| CHISWICK, INC. | ) ) ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Chiswick, Inc. ("Chiswick"), by and through its undersigned attorneys, hereby submits its Corporate Disclosure Statement pursuant to Local Rule 7.3 of the Federal Rules of Civil Procedure.

1. <u>Identify all parent corporation(s):</u>

    Chiswick, Inc. is a subsidiary of New England Business Services, Inc. which is owned by Deluxe Corporation

2. <u>List any publicly-held company that owns 10% or more of the party's stock:</u>

    Deluxe Corporation owns 10% or more of Chiswick's stock.

        Respectfully submitted,

        Chiswick, Inc.

        By its Attorneys,

        __/s/ Brigitte Duffy_____
        Richard L. Alfred (BBO# 015000)
        Brigitte M. Duffy (BBO# 565724)
        Jennifer Serafyn (BBO# 653739)
        Seyfarth Shaw LLP
        Two Seaport Lane
        Suite 300
        Boston, MA 02210

Phone: 617-946-4800
Fax:    617-946-4801

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon counsel for every party via first class mail, postage prepaid, this 18th day of July, 2005.

      /s/ Brigitte Duffy
    Brigitte M. Duffy