UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Gasbarro,                    )<br>                                                )<br>            Plaintiff,          )<br>                                                )<br>v.                                             )<br>                                                )<br>Chiswick, Inc.,                      )<br>                                                )<br>            Defendant.      )<br>                                                ) | CIVIL ACTION NO.  1:05-CV-10366-JGD |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D), Plaintiff Robert Gasbarro and Defendant Chiswick, Inc. ("Chiswick" or "Defendant") hereby submit this Joint Statement pursuant to Local Rule 16.l(D). The parties jointly and respectfully request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

**1.     Proposed Discovery Plan**

| | |
|---|---|
| December 15, 2005 | The Parties have agreed to complete and serve automatic disclosures on or before this date; |
| June 15, 2006 | The Parties have agreed to complete all fact discovery, including requests for production of documents, interrogatories, requests for admissions and fact witness depositions on or before this date; |
| June 15, 2006 | The plaintiff has agreed to disclose expert(s) and produce expert reports on or before this date; |
| July 15, 2006 | The defendant has agreed to disclose expert(s) and produce expert reports on or before this date; |
| August 15, 2006 | The parties have agreed to disclose rebuttal expert(s) and produce rebuttal expert reports(s) on or before this date; |
| September 15, 2006 | The parties have agreed to complete expert discovery, including without limitation, expert depositions and independent medical examinations on or before this date. |

-2-

**2.    Proposed Schedule for Filing Motions**

August 1, 2006    The Parties have agreed to serve dispositive motions on or before this date.

**3.    Certifications**

The certification of counsel and their clients are being filed separately by each party.

| | |
|---|---|
| Respectfully submitted,<br>ROBERT GASBARRO<br>By his Attorney, | Respectfully submitted,<br>CHISWICK, INC.<br>By its Attorney(s), |
| __/s/ Stephen Fanning_____<br>Stephen T. Fanning (BBO # 542343)<br>305 South Main Street<br>Providence, RI 02903<br>Telephone: (401) 245-5802<br>Fax:  (401) 245-4520 | _/s/ Brigitte M. Duffy_____<br>Brigitte M. Duffy (BBO # 565724)<br>Jennifer A. Serafyn (BBO # )<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane - Suite 300<br>Boston, MA 02210-2028<br>Telephone:    (617) 946-4800<br>Telecopier:    (617) 946-4801 |

DATED:  November 30, 2005