UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Gasbarro, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Chiswick, Inc., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 1:05-CV-10366-JGD |

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Defendant, Chiswick, Inc., and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of this litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**DEFENDANT**
**CHISWICK, INC.**

By: _/s/ Marjorie Lewis_	DATE: November 18, 2005
Marjorie Lewis, Esq.
Vice President and Associate General Counsel

Its Counsel,

_/s/ Brigitte Duffy_	DATE: November 30, 2005
Brigitte Duffy (BBO# 565724)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801