UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT GASBARRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10366-JGD |
| CHISWICK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The court adopts the schedule set forth in the parties' Joint Statement Pursuant to Local Rule 16.1(D) as follows:

    (a) The parties shall complete and serve automatic disclosures by **December 15, 2005**.

    (b) The parties shall complete all fact discovery, including requests for production of documents, interrogatories, requests for admissions and fact witness depositions by **June 15, 2006**.

    (c) The plaintiff shall disclose any expert witnesses and produce expert reports pursuant to Fed. R. Civ. P. 26(a)(2) by **June 15, 2006**.

    (d) The defendant shall disclose any expert witnesses and produce expert reports pursuant to Fed. R. Civ. P. 26(a)(2) by **July 15, 2006**.

  (e)  The parties shall file any dispositive motions by **August 1, 2006**.

  (f)  The parties shall disclose any rebuttal experts and produce rebuttal expert reports by **August 15, 2006**.

  (g)  The parties shall complete expert discovery, including without limitation, expert depositions and independent medical examinations by **September 15, 2006**.

2. The parties shall report to the court, by **January 5, 2006**, regarding when it would be appropriate to schedule alternative dispute resolution.

3. The next status conference shall take place on **May 10, 2006 at 2:30 p.m.** in Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to discuss:

  (a)  the status of the case; and
  (b)  scheduling for the remainder of the case through trial.

4. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 3 above.

                / s / Judith Gail Dein
                Judith Gail Dein
                United States Magistrate Judge

DATED:  December 5, 2005