UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

ROBERT E. GASBARRO,
    Plaintiff

v.

CHISWICK, INC.,

    Defendant

C.A. No. 05-10366-JGD

## STIPULATION OF DISMISSAL OF
## COUNT III OF PLAINTIFF'S COMPLAINT

The undersigned hereby stipulate that **Count III** of the Plaintiff's Complaint, alleging Negligent Training and Supervision may be dismissed with prejudice, no fees and no costs. The remaining counts of Plaintiff's Complaint are unaffected by this stipulation.

Respectfully Submitted,

Robert E. Gasbarro
By His Attorney,

_____
Stephen T. Fanning #542343
305 South Main Street
Providence, RI 02903
401-245-5802
401-245-4520 (FAX)

Chiswick, Inc.

_____
Brigitte Duffy #565724
Seyforth Shaw LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 0221-2028
617-946-4800
617-946-4801 (FAX)