UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Robert Gasbarro,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Chiswick, Inc.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.  1:05-CV-10366-JGD<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CHISWICK, INC.'S NOTICE**
**REGARDING ALTERNATIVE DISPUTE RESOLUTION**

　　　　Pursuant to the Court's December 5, 2005 Order, Defendant Chiswick, Inc. ("Chiswick") states that it is interested in and willing to enter into direct settlement negotiations with Plaintiff Robert Gasbarro and pursue private alternative dispute resolution ("ADR"), if necessary. Chiswick does not wish to participate in the Court-sponsored ADR program.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CHISWICK, INC.,

　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Jennifer A. Serafyn
　　　　　　　　　　　　　　　　　　　Brigitte M. Duffy (BBO # 565724)
　　　　　　　　　　　　　　　　　　　bduffy@seyfarth.com
　　　　　　　　　　　　　　　　　　　Jennifer A. Serafyn (BBO # 653739)
　　　　　　　　　　　　　　　　　　　jserafyn@seyfarth.com
　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　　World Trade Center East
　　　　　　　　　　　　　　　　　　　Two Seaport Lane, Suite 300
　　　　　　　　　　　　　　　　　　　Boston, MA 02210-2028
　　　　　　　　　　　　　　　　　　　Telephone:　　(617) 946-4800
DATED:  January 5, 2006　　　　　　 Fax:　　　　　 (617) 946-4801

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on January 5, 2006.

                                    ___/s/ Jennifer A. Serafyn_____