UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT GASBARRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10366-JGD |
| CHISWICK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall complete all fact discovery, including requests for production of documents, interrogatories, requests for admissions and fact witness depositions by **June 15, 2006**.

2. The next status conference shall take place on **June 15, 2006 at 2:45 p.m.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to discuss:

    (a)    the status of the case;

    (b)    scheduling for the remainder of the case through trial; and

    (c)    the use of alternative dispute resolution ("ADR") programs.

3. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above.

With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

                                                  / s / Judith Gail Dein  
                                                  Judith Gail Dein  
                                                  United States Magistrate Judge

DATED: May 10, 2006