UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| Robert Gasbarro, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 1:05-CV-10366-JGD |
| v. ) | |
| ) | |
| Chiswick, Inc., ) | |
| ) | |
| Defendant. ) | |

**JOINT STATEMENT PURSUANT TO THE COURT'S SCHEDULING ORDER**

Pursuant to the Court's May 10, 2006 Scheduling Order, Plaintiff Robert Gasbarro ("Plaintiff") and Defendant Chiswick, Inc. ("Chiswick") state as follows:

(a) The parties are engaged in discovery in this matter. Chiswick served Interrogatories and Document Requests on Plaintiff on April 27, and noticed Plaintiff's deposition for June 6. Because Chiswick did not receive Plaintiff's responses to its written discovery in advance of the deposition, the parties agreed to reschedule Plaintiff's deposition for June 26. Plaintiff's counsel has represented that he will provide responses to Chiswick's written discovery shortly, and in advance of June 26.

Plaintiff served Interrogatories and Document Requests on Chiswick on May 15, 2006. Chiswick's responses are due on June 19. Plaintiff noticed three depositions, and the parties are attempting to schedule these depositions during the last week of June.

(b) Chiswick does not wish to extend the discovery deadline in this matter. Given that Plaintiff's deposition had to be rescheduled, Chiswick would agree to an extension of the discovery deadline until June 26. Plaintiff would like to extend discovery by thirty (30) days, up to and including July 14.

(c)     Given the parties' unsuccessful settlement negotiations, Chiswick does not believe that the Court-sponsored ADR program would be fruitful.  Plaintiff is amendable to ADR.

|  |  |
|---|---|
|  | Respectfully submitted, |
| ROBERT GASBARRO | CHISWICK, INC., |
| By his attorneys, | By its attorneys, |
| /s/  Stephen T. Fanning | /s/ Jennifer A. Serafyn |
| 305 South Main Street | Brigitte M. Duffy (BBO # 565724) |
| Providence, RI 02903 | bduffy@seyfarth.com |
| Telephone: (401) 272-8250 | Jennifer A. Serafyn (BBO # 653739) |
| Fax:        (401) 272-4520 | jserafyn@seyfarth.com |
|  | SEYFARTH SHAW LLP |
|  | World Trade Center East |
|  | Two Seaport Lane, Suite 300 |
|  | Boston, MA 02210-2028 |
|  | Telephone:    (617) 946-4800 |
| DATED:  June 14, 2006 | Fax:              (617) 946-4801 |

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will be sent to those indicated as not registered participants on June 14, 2006.

___/s/ Jennifer A. Serafyn_____