UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GASBARRO,           )<br>                                              )<br>      Plaintiff,                     )<br>v.                                         )<br>                                              )<br>CHISWICK, INC.,                )<br>                                              )<br>      Defendant.                  ) | CIVIL ACTION<br>NO. 05-10366-JGD |

## SCHEDULING ORDER

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The parties shall complete all fact discovery by **July 14, 2006**.

2. Any motions for summary judgment shall be filed by **August 14, 2006**.

3. The parties shall filed any oppositions to motions for summary judgment by **August 28, 2006**.

          / s / Judith Gail Dein
          Judith Gail Dein
          United States Magistrate Judge

DATED: June 15, 2006