# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Gasbarro, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 1:05-CV-10366-JGD |
| v. | ) |
| | ) |
| Chiswick, Inc., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Robert Gasbarro and defendant Chiswick, Inc. hereby stipulate that all claims in the above-captioned action, including all counterclaims, shall be dismissed with prejudice and without costs or interest. The parties waive all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| ROBERT GASBARRO | CHISWICK, INC., |
| By his attorneys, | By its attorneys, |
| | |
| /s/ Stephen T. Fanning | /s/ Jennifer A. Serafyn |
| 305 South Main Street | Brigitte M. Duffy (BBO # 565724) |
| Providence, RI 02903 | bduffy@seyfarth.com |
| Tel: (401) 272-8250 | Jennifer A. Serafyn (BBO # 653739) |
| Fax: (401) 272-4520 | jserafyn@seyfarth.com |
| | SEYFARTH SHAW LLP |
| | World Trade Center East |
| | Two Seaport Lane, Suite 300 |
| | Boston, MA 02210-2028 |
| | Tel: (617) 946-4800 |
| | Fax: (617) 946-4801 |

DATED: August 28, 2006

BO1 15797826.1